# EXHIBIT 1

## Memorandum of 9.3 Accident Compensation Negotiation

On 13th and 14th March 2002, CTGPC and Rotec held the second round of negotiation on the compensation claims of 9.3 accident at the TGP Dam Area, the content is noted as follows.

1. Both sides restated respectively their positions on the cause of the accident and responsibility clarification.

2. CTGPC submitted part of compensation claim list for negotiation; which doesn't include related costs for the deceased and injured personnel. Rotec stated they hadn't studied the list, therefore the list was not discussed in details by the two parties. CTGPC is working on cost verification and calculation for the deceased and injured personnel and will provide to Rotec in due time.

3. Both parties once again expressed their wishes to settle the issue through negotiation, otherwise to settle the issue by arbitration, and agreed that the arbitration council will be China International Economy & Trade Arbitration Committee.

4. The date of the next round of negotiation to be held on Dam site will be set in coming two weeks.

Representative of CTGPC                    Representative of Rotec

Date: March 15, 2002

PDF created with pdfFactory trial version www.pdffactory.com



UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------x
CHINA THREE GORGES PROJECT CORPORATION,

                      Petitioner,

       -against-

ROTEC INDUSTRIES, INC.,

                      Respondent.
-----------------------------------------------------------x

: Case No. 04-1510

: AFFIRMATION

BEIJING   P. R. CHINA)
               ) ss:
CITY OF BEIJING      )

CHE  ?IZHAO, an arbitrator admitted by China International Economic and Trade Arbitration Commission ("CIETAC"), affirms:

1. I am an arbitrator appointed by CIETAC, and was a member of the arbitration panel which heard the disputes between petitioner China Three Gorges Project Corporation ("Three Gorges") and respondent Rotec Industries, Inc. ("Rotec") and issued an arbitral award in favor of Three Gorges on March 29, 2004, which award is the subject of the instant proceeding.

2. I affirm and certify that the copy of the Memorandum of 9.3 Accident Compensation Negotiation to which this affirmation is annexed is a true and complete copy of said Memorandum.

Dated: BEIJING  P. R. C.
March 15, 2005

_____
Signatory

PDF created with pdfFactory trial version www.pdffactory.com