# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
-------------------------------------------------------------------x
CHINA THREE GORGES PROJECT CORPORATION,        :
                                               :
                    Petitioner,                :
                                               : Case No. 04-1510
        -against-                              :
                                               :
                                               :
ROTEC INDUSTRIES, INC.,                        : **AFFIRMATION**
                                               :
                    Respondent.                :
-------------------------------------------------------------------x

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

Matthew C. Gruskin, Esq., an attorney admitted in New York, affirms:

1. I am counsel to DeHeng Chen Chan LLC, attorneys for Petitioner, have been admitted *pro hac vice* for this matter, and submit this affirmation in support of the adjustment of the amount of the Arbitration Award (the "Award") to be enforced.

2. In the original Petition, the amount of the Award sought to be confirmed is $2,572,671.38. After the Petition was filed in December 2004, the Chinese court issued a final notice to Petitioner dated January 31, 2005 in which the Chinese court authorized Petitioner to enforce RMB ¥11,242,467.98 ($1,358,327.35 at the exchange rate of RMB ¥8.2767 = $1.00 on August 30, 2004) by deducting the amount Petitioner owed Respondent on certain contracts. This was $35,000 less than the amount Petitioner had originally sought to enforce in China due to the fact that $35,000 out of the $1,393,327.35 Petitioner

1

PDF created with pdfFactory trial version www.pdffactory.com

mistakenly believed it owed Respondent had actually been already paid by it to Respondent. As a result, Petitioner is due an additional $35,000.

3.  In addition, the Chinese court divided the execution fee of RMB ¥71,193 by allocating RMB ¥1,739 ($210.11 at the exchange rate of RMB ¥8.2767 = $1.00 on August 30, 2004) to Petitioner. As a result of this, the amount of the Award Petitioner now asks the Court to confirm should be reduced by $210.11.

4.  As a result of the addition of $35,000 and the deduction of $210.11, the precise amount of the Award Petitioner now asks this Court to confirm is $2,607,461.27 ($2,572,671.38 + $35,000 - $210.11 = $2,607,461.27), besides the appropriate interest as indicated in the Petition.

Dated: New York, New York
March _10_, 2005

                                                     Matthew C. Gruskin (ID #8749)

PDF created with pdfFactory trial version www.pdffactory.com