```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE


CHINA THREE GORGES PROJECT        :
CORPORATION,                      :
                                  :
         Petitioner,              :
                                  :
    v.                            : Civil Action No. 04-1510 JJF
                                  :
ROTEC INDUSTRIES, INC.,           :
                                  :
         Respondent.              :
```

**JUDGMENT ORDER**

NOW THEREFORE, for the reasons stated in the attached Memorandum Opinion, IT IS HEREBY ORDERED that:

1) The Petition For Confirmation Of A Foreign Arbitral Award (D.I. 1) filed by Petitioner China Three Gorges Project Corporation is **GRANTED**, and therefore, Respondent Rotec Industries, Inc. shall immediately remit to Petitioner China Three Gorges Project Corporation **U.S. $2,564,069.76,** reflecting the total amount of the Award (U.S. $3,957,397.11) minus the amount of the Award for which Petitioner has applied to the Chinese court for partial enforcement (U.S. $1,393,327.35);

2) Petitioner is granted leave to submit a separate application for additional fees and interest;

3) The Motion To Dismiss, Or In The Alternative, To Modify The Foreign Arbitral Award (D.I. 6) filed by Respondent

Rotec Industries, Inc. is **DENIED**.

August 2, 2005
DATE

[signature]
UNITED STATES DISTRICT JUDGE