UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------x
CHINA THREE GORGES PROJECT CORPORATION,　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Petitioner,　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: Case No. 04-1510 JJF
　　　-against-　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
ROTEC INDUSTRIES, INC.,　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Respondent.　　　　　　　　　　　　　　　:
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, D. BENJAMIN SNYDER, hereby certify that on this 16th day of August, 2005, I caused two copies of the foregoing Petitioner's Motion for Attorneys' Fees, Post-Arbitration Interest and Amendment of Judgment Amount to be e-filed, e-mailed, and via U.S. Mail, postage prepaid, to the following:

　　　　　　　　Richard W. Pell, Esquire (ID #178)
　　　　　　　　　　Tybout, Redfearn & Pell
　　　　　　　　300 Delaware Avenue, 11th Floor
　　　　　　　　　　　　P.O. Box 2092
　　　　　　　　　Wilmington, Delaware 19899

　　　　　　　　　　PRICKETT, JONES & ELLIOTT, P.A.


　　　　　　　　　BY: _D. Benjamin Snyder_____
　　　　　　　　　　John W. Paradee, Esquire (ID #2767)
　　　　　　　　　　D. Benjamin Snyder, Esquire (ID #4038)
　　　　　　　　　　11 North State Street
　　　　　　　　　　Dover, Delaware 19901
　　　　　　　　　　(302) 674-3841
　　　　　　　　　　*Attorneys for China Three Gorges
　　　　　　　　　　Project Corporation*

19390.1\282439v1