# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHINA THREE GORGES : 
PROJECT CORPORATION, :
:
Petitioner, :
: Civil Action No. 04-1510 JJF
v. :
:
ROTEC INDUSTRIES, INC., :
:
Respondent. :

**JUDGMENT ORDER**

For the reasons stated in the Court's Memorandum Opinion dated August 2, 2005, it is HEREBY ORDERED that:

1) Respondent Rotec Industries, Inc. shall immediately remit to Petitioner China Three Gorges Project Corporation

a) **U.S. $2,665,443.42**, reflecting the total amount of the Award (U.S. $4,045,321.89) minus the amount of the Award which Petitioner has already enforced in China (U.S. $1,379,878.47). The judgment amount included in the Court's Judgment Order dated August 2, 2005 is hereby amended accordingly;

b) **U.S. $206,175.05** for attorneys' fees Petitioner has incurred in confirming the Arbitration Award;

c) U.S. $_____ for post-arbitration interest, reflecting the interest accrued as of August 16, 2005 when Petitioner filed its Motion for Attorneys' Fees, Post-Arbitration Interest and Amendment of Judgment Amount

1

(D.I.__) (U.S. $252,806.95) plus the interest accrued from August 17, 2005 to date (U.S. $_____) at the rate of U.S. $559.74 per day.

_____                    _____
        DATE                                                          UNITED STATES DISTRICT JUDGE

2