# EXHIBIT A

Case 1:04-cv-01510-JJF     Document 14-2     Filed 09/06/2005     Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------------------x
CHINA THREE GORGES PROJECT CORPORATION,  :
:
                             Petitioner,           :
: Case No. 04-1510 JJF
    -against-                                :
:
: **AFFIDAVIT**
ROTEC INDUSTRIES, INC.,                 :
:
                             Respondent.          :
-----------------------------------------------------------------------x

STATE OF NEW YORK      )
                                 ) ss:
COUNTY OF NEW YORK   )

Xiaomin Chen, Esq., an attorney admitted in New York, being duly sworn, deposes and affirms:

1. I am the managing partner of DeHeng Chen Chan, LLC, attorneys for Petitioner, am fully familiar with the facts of the case, and submit this affidavit in support of Petitioner's reply to Respondent's Response that Respondent filed on September 1, 2005.

2. As of today, the value of the services our legal team has provided to Petitioner in the present case, plus costs and expenses, is $52,456.34 (excluding the charge from our local counsel for serving and filing Petitioner's present reply). Out of the $52,456.34, $45,019 is the value of services provided by our attorneys and supporting staff, which includes 15.65 hours I spent on this case, which is valued at $5,477.50 at the hourly rate of $350, 28.6 hours from Matthew C. Gruskin, Esq., which is valued at $10,360.00 at the hourly rate of

1

$350, 144.7 hours from Jing Ma, Esq., which is valued at $28,940.00 at the hourly rate of $200, 2.7 hours from our legal assistant, which is valued at $229.50 at the hourly rate of $85, and 0.24 hour from our legal secretary, which is valued at $12.00 at the hourly rate of $50. The costs and expenses we have incurred on behalf of Petitioner so far, which include charges from our local counsel, are $7,437.34.

Dated: New York, New York
September 6, 2005

_____
Xiaomin Chen

Sworn to before me this
____ day of September, 2005

_____
Notary Public

Azra Kolenovic
Notary Public, State of New York
No. 01KO6113563
Qualified in Kings County
Commission Expires August 2, 2008

2