IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHINA THREE GORGES PROJECT  :
CORPORATION,                :
                            :
         Petitioner,        :
                            :
    v.                      :   Civil Action No. 04-1510-JJF
                            :
ROTEC INDUSTRIES, INC.,     :
                            :
         Respondent.        :

## ORDER

WHEREAS, the Court issued a Memorandum Order on February 24, 2006 (D.I. 15);

WHEREAS, the Memorandum Order specifies the amount of amended judgment;

WHEREAS, the Memorandum Order was not entitled Judgment Order;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Memorandum Order is corrected to reflect that it is an Amended Judgment Order.

2. The Clerk shall correct the docket to reflect that it is an Amended Judgment Order.

April 3, 2006

_____
UNITED STATES DISTRICT JUDGE