```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
```

CHINA THREE GORGES PROJECT          :
CORPORATION,                        :
                                    :
         Petitioner,                :
                                    :
    v.                              :    Civil Action No. 04-1510-JJF
                                    :
ROTEC INDUSTRIES, INC.,             :
                                    :
         Respondent.                :

### O R D E R

WHEREAS, on August 2, 2005, the Court issued a Judgment in favor of Petitioner, China Three Gorges Project Corporation and against Respondent, Rotec Industries, Inc. (D.I. 10);

WHEREAS, Petitioner filed an Amended Motion For Attorneys' Fees, Post-Arbitration Interest, and Amendment of Judgment Amount (D.I. 12);

WHEREAS, on February 24, 2006, the Court issued a Memorandum and Order granting in part Petitioner's Amended Motion For Attorneys' Fees, Post-Arbitration Interest, and Amendment of Judgment Amount (D.I. 15);

WHEREAS, on April 6, 2006, Petitioner filed a letter requesting a separate document be entered for the Amended Judgment Order pursuant to Fed. R. Civ. P. 58(d) (D.I. 17);

WHEREAS, Fed. R. Civ. P. 58 states that a party may request that judgment be set forth on a separate document, but a separate document is not required for an order disposing of a motion;

WHEREAS, the Court has the discretion to grant Petitioner's

letter request setting forth judgment on a separate document;

NOW THEREFORE, IT IS HEREBY ORDERED this 13 day of April 2006, that Petitioner's letter request that a separate document be entered for the Amended Judgment Order is **GRANTED** (D.I. 17). An appropriate Order will be issued.

                                                           UNITED STATES DISTRICT JUDGE