IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHINA THREE GORGES PROJECT CORPORATION, | : |
| Petitioner, | : |
| v. | : Civil Action No. 04-1510-JJF |
| ROTEC INDUSTRIES, INC., | : |
| Respondent. | : |

### AMENDED FINAL JUDGMENT ORDER

For the reasons discussed in the Court's Memorandum and Order issued on February 24, 2006 (D.I. 15) and Order issued April 13, 2006 (D.I. 18);

IT IS HEREBY ORDERED this __13__ day of April, 2006, that Judgment be and it is hereby entered in favor of Petitioner, China Three Gorges Project Corporation and against Respondent, Rotec Industries, Inc. as follows:

> Respondent shall immediately remit to Petitioner **U.S. $2,648,949.27**, reflecting the total amount of the Award (U.S. $4,042,276.62 at the exchange rate of RMB ¥8.1032 = $1.00) minus the amount of the Award for which Petitioner has applied to the Chinese court for partial enforcement (U.S. $ 1,393,327.35). Interest began to accrue at .021% daily on May 13, 2004.

_____
UNITED STATES DISTRICT JUDGE

_____
(By) Deputy Clerk